No. 928. GOULD-MERSEREAU COMPANY *v.* WILLIAMS BROS. AIRCRAFT CORPORATION. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for

the Second Circuit granted. *Mr. Ernest G. Metcalfe* for petitioner. *Messrs. Harvey S. Knight* and *George L. Wilkinson* for respondent.